ACCEPTED
03-14-00661-CV
6969527
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 11:29:13 AM
JEFFREY D. KYLE
CLERK



**DUGGINS WREN MANN & ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

September 17, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/17/2015 11:29:13 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

RE:    Court of Appeals No. 03-14-00661-CV
       Trial Court Case No. D-1-GN-12-003059

       *Devvy Kidd, John Kidd, et al. v. Public Utility Commission of Texas, et al.*

Dear Mr. Kyle:

This acknowledges receipt of your letter dated August 28, 2015, giving notice that this appeal will be submitted on September 24, 2015 at 9:00 a.m. Counsel for appellees AEP Texas Central Company, AEP Texas North Company, CenterPoint Energy Houston Electric, LLC, Texas-New Mexico Power Company, and Oncor Electric Delivery Company LLC (referred to collectively in briefing as the "Utility Appellees") will appear but will cede all oral argument time to appellee, the Public Utility Commission of Texas.

Sincerely,

*/s/ Patrick Pearsall*

Patrick Pearsall
ppearsall@dwmrlaw.com

alm



Jeffrey D. Kyle, Clerk
September 17, 2015
Page 2

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 17th day of September, 2015, the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

Roger B. Borgelt
BORGELT LAW
614 S. Capital of Texas Highway
Austin, Texas 78746
*Counsel for Appellants Devvy Kidd, et al.*

Kellie E. Billings-Ray
OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
*Counsel for Appellee Public Utility Commission of Texas*

Dale Wainwright
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Ste. 2300
Austin, Texas 78701
*Counsel for Appellee Centerpoint Energy Houston Electric, LLC*

Jo Ann Biggs
VINSON & ELKINS LLP
2001 Ross Ave., Ste. 3700
Dallas, Texas 75201-2975
*Counsel for Appellee Oncor Electric Delivery Company LLC*

Stephanie C. Sparks
JACKSON WALKER L.L.P.
901 Main St., Ste. 6000
Dallas, Texas 75202
*Counsel for Appellee Texas-New Mexico Power Company*

　　　　　*/s/ Patrick J. Pearsall*
　　　　　Patrick J. Pearsall